UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:97CR00005-005F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| TONEY LEE CARTER, | ) | |

It now appearing to the court that the said Toney Lee Carter died on or about March 10, 2000. At which time a remaining liability existed in the amount of $10,000.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the __14th__ day of __August__, 2012.

JAMES C. FOX
Senior U.S. District Court Judge